1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7

8  JERRY LARA,                          )
                                        )
9              Petitioner,              )        2:12-cv-00505-KJD-PAL
                                        )
10  vs.                                 )
                                        )        ORDER
11  BRIAN WILLIAMS,                     )
                                        )
12 _____Respondent._____    )

13         Petitioner Jerry Lara has filed an application to proceed *in forma pauperis* and submitted

14  a petition for a writ of habeas corpus.   Based on the current information about petitioner's financial

15  status, including any additional information he may have provided, the Court finds that he is able to pay

16  the full fee pursuant to 28 U.S.C. § 1915.

17         **IT IS THEREFORE ORDERED** that petitioner's motion for leave to proceed *in forma*

18  *pauperis* without having to prepay the full filing fee (ECF No. 1) is **DENIED**.  Petitioner shall have

19  thirty (30) days from the date this order is **ENTERED** in which to have the designated fee sent to the

20  Clerk.  Failure to do so may result in the dismissal of this action.  The Clerk is directed to RETAIN the

21  petition but not file it at this time.

22         DATED: March 28, 2012

23                                              _____
24                                              UNITED STATES DISTRICT JUDGE
25
26