**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JERRY LARA, | ) | |
| | ) | |
| Petitioner, | ) | 2:12-cv-00505-KJD-PAL |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| BRIAN WILLIAMS, | ) | |
| | ) | |
| Respondent. | ) | |

This is an action on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Counsel for petitioner has made an appearance (ECF No. 18) and moves the court for an enlargement of time to file his response to the motion to dismiss (ECF No. 19). The motion is unopposed. Good cause appearing, the motion for time is **GRANTED.** The response to the motion to dismiss shall be filed and served on or before August 20, 2012.

**IT IS SO ORDERED.**

DATED: June 25, 2012

_____
UNITED STATES DISTRICT JUDGE