**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JERRY LARA, | ) | |
| Petitioner, | ) | 2:12-cv-00505-KJD-PAL |
| vs. | ) | |
| | ) | ORDER |
| BRIAN WILLIAMS, | ) | |
| Respondent. | ) | |

This is an action on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner moves the court for a second enlargement of time to file his response to the motion to dismiss (ECF No. 21). The motion is unopposed. Good cause appearing, the motion for time is **GRANTED.** The response to the motion to dismiss shall be filed and served on or before October 19, 2012.

**IT IS SO ORDERED.**

DATED: August 7, 2012

_____
UNITED STATES DISTRICT JUDGE