**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JERRY LARA, | ) | |
| | ) | |
| Petitioner, | ) | 2:12-cv-00505-KJD-PAL |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| BRIAN WILLIAMS, | ) | |
| | ) | |
| Respondent. | ) | |

This is an action on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner, represented by counsel, moves the court for a "third and final" enlargement of time to file his response to the motion to dismiss (ECF No. 23). The motion is unopposed and the time requested is for the purpose of obtaining long-delayed documents from the prison. Good cause appearing, the motion for time is **GRANTED.** The response to the motion to dismiss shall be filed and served on or before November 19, 2012. No further enlargements of time for this purpose will be granted absent a showing of extraordinary circumstances.

**IT IS SO ORDERED.**

Dated this  27  day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE