**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CA-13-15476 |
| ) | |
| Plaintiff-Appellee, ) | 2:12-cv-00505-KJD-PAL |
| vs. ) | |
| ) | |
| JERRY LARA, ) | |
| ) | |
| Defendant-Appellant. ) | **ORDER** |

   Pursuant to the order filed April 22, 2014, by the Ninth Circuit Court of Appeals directing the appointment of counsel for appellant, IT IS HERE BY ORDERED that William Gamage is appointed to represent Jerry Lara for this appeal. Mr. Gamage's address is 5580 South Fort Apache, Suite 110, Las Vegas, NV 89148 and phone number is 702-386-9529..

   Former counsel, Lance Maningo is directed to forward the file to Mr. Gamage forthwith.

   The clerk is directed to forward a copy of this order to the Clerk of the 9th Circuit Court of Appeals at counselappointment@ca9.uscourts.gov.

   DATED this  30  day of April, 2014.
   Nunc Pro Tunc Date: April 29, 2014

   _____
   UNITED STATES DISTRICT JUDGE